IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Alan Boyd,<br><br>          Petitioner,<br><br>vs.<br><br>McWilliams; Attorney General of the State of Arizona ,<br><br>          Respondents. | No. CV-06-803-PHX-ROS<br><br>**ORDER** |

On March 20, 2006, Petitioner filed a Petition for Writ of Habeas Corpus. (Doc. 1) On February 26, 2007, Magistrate Judge David K. Duncan issued a Report and Recommendation ("R&R") recommending that the petition be denied. (Doc. 15) Magistrate Judge Duncan's recommendation is premised on a finding that the petition was untimely. On March 28, 2007, Petitioner filed objections to the R&R. For the following reasons, the Court will adopt the R&R and deny the petition.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Petitioner argues that the conclusion his petition was untimely should be rejected because he was unaware of certain filing deadlines and he relied on erroneous legal advice from a paralegal. These arguments are aimed at establishing equitable tolling. "[A] litigant seeking equitable tolling bears the burden of establishing two elements: (1) that he has been pursuing his rights

1 diligently, and (2) that some extraordinary circumstance stood in his way." Pace v.
2 DiGuglielmo, 544 U.S. 408, 418 (2005). Petitioner has not established either of these
3 elements. The Court agrees with the Magistrate Judge that Petitioner's ignorance of the law
4 and the alleged statements by the paralegal are insufficient to establish equitable tolling. See
5 Rasberry v. Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006) ("[A] pro se petitioner's lack of legal
6 sophistication is not, by itself, an extraordinary circumstance warranting equitable tolling.").
7 Absent equitable tolling, Petitioner's petition was untimely and must be denied.

8 Accordingly,

9 **IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED** and
10 Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court shall close this
11 case.

13 DATED this 7th day of June, 2007.

_____
Roslyn O. Silver
United States District Judge